UNITED STATES of America,
Plaintiff–Appellee,

v.

Noel RODRIGUEZ–CERVANTES,
a.k.a. Noel Delgado, a.k.a. Atero
Ramirez, Defendant–Appellant.

No. 08–11068
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 7, 2008.

James T. Skuthan, Clarence W. Counts, Jr., Acting Federal Public Defender, Orlando, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before ANDERSON, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Clarence W. Counts, counsel for Noel Rodriguez–Cervantes, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez–Cervantes's conviction and sentence are **AFFIRMED.**